**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6969**

———————

ANTWYN GIBBS,

        Petitioner - Appellant,

    v.

DONALD AMES,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:21-cv-00577)

———————

Submitted:  December 14, 2023                     Decided:  December 19, 2023

———————

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Antwyn Gibbs, Appellant Pro Se.  Lindsay Sara See, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwyn Gibbs appeals the district court's order denying his postjudgment motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Gibbs' motion for appointment of counsel on appeal and affirm the district court's order.[*] *Gibbs v. Ames*, No. 2:21-cv-00577 (S.D. W. Va. Sept. 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Gibbs seeks to appeal the district court's order accepting the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2254 petition, or the court's subsequent orders denying his other postjudgment motions, those orders are not properly before us in this appeal. *See* Fed. R. App. P. 4(a)(1)(A), (4)(A).